**2007–0086.   State ex rel. Duhart v. Neumeister.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relators' motion for stay of court of appeals proceedings,

It is ordered by the court that the motion is granted.

Cupp, J., dissents.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–1332.   State ex rel. Lynch v. Giant Eagle, Inc.**
Franklin App. No. 05AP–864, 2006-Ohio-3148. Reported at 112 Ohio St.3d 1214, 2007-Ohio-254, 860 N.E.2d 759. On motion for reconsideration. Motion denied.

## MISCELLANEOUS DISMISSALS

**2006–1427.   State ex rel. Wells v. Indus. Comm.**
Franklin App. No. 04AP–758, 2006-Ohio-2738. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2006–2230.   Bd. of Edn. for the Orange City School Dist. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2004–A–738, 2004–A–739, 2004–A–742, 2004–A–743, 2004–A–747, and 2004–A–748. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–2066.   State ex rel. Gray v. Hurosky.**
Franklin App. No. 05AP–1163, 2006-Ohio-4985.

**2006–2239.   State ex rel. Cincinnati Enquirer v. Riley.**
In Mandamus.

**2006–2319.   State ex rel. May v. Akron Bd. of Edn.**
In Mandamus.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 24, 2007*

[Cite as *01/24/2007 Case Announcements,* 2007-Ohio-152.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–1985.   Oke v. Nicholson.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger and Cupp, JJ., concur.

**2006–2049.   State ex rel. Rickels v. Court of Appeals, Third Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

Moyer, C.J., Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur. Cupp, J., not participating.